Name: Maurice Cuttino
Address: 789 Blackwood Dr San diego Cal 92154
Telephone Phone: 1-315-575-9509
Email: Maurice.Cuttino123@gmail.com

FILED
Jun 14 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ dmartinez  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Maurice Cuttino Jr.

Plaintiff(s),

v.

Walmart - Western Union
2121 Imperial Ave San diego cal 92102
Headquarters 7001 E Belleview
Denver Co 80237

Defendant(s).

Case No.: **'23CV1111 BAS JLB**
(assigned at time of filing)

**COMPLAINT**

**I. RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?
☒ Yes  ☐ No

b. If yes, please list the case numbers here:
Not Available as of yet

**II. STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1



Privacy act 1974
the man you See In Picture acted on behalf of my mother who Sent the money and on behalf of myself who Recieved the money. When I approache that Register I went to have him my ID and Tracking number as before. at his Request he Did not need either from

My pocession. He then proceeded to type Into the Computer as unadvised by law libel First Amendment Defamation Also that the above person In Refferrance is male clerk Slanders the appropriate way Transactions Should be Handled ex.   from male to male this is a disgrace that this person Had Protected Information that I was

not aware of until I approached the Counter.

So it exposes Western Union Headquarters. as list Libel by law and Walmart 2121 Imperial Ave Sandiego in the City of Sandiego which I will not mention at this time In terms 'Seditious libel'.

1  III.  **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*
2       *Do not use this space to state the facts of your claim.)*

1,000,000,000

Fraud

**IV.  DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

6/10/2023
Date

Maurice Cutting Jr
Signature

Maurice Cutting Jr
Printed Name